CSD 3010 [04/28/96]

Name, Address, Telephone No. & I.D. No.
David A. St. John
ST JOHN LAW OFFICES
309 South A Street
Oxnard CA 93030-5804
(805) 486-8000
048746

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re  SOTHY LAI, Debtor. | BANKRUPTCY NO. 10-bk-00173-11MM |
|---|---|
| Plaintiff(s) | ADVERSARY NO. n/a |
| v.  Defendants(s) | |

## PROOF OF SERVICE

I, <u>David A. St. John</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]: EX PARTE APPLICATION FOR ORDER SETTING CLAIMS BAR DATE, NOTICE OF CLAIMS BAR DATE, [Proposed] ORDER SETTING CLAIMS BAR DATE, on <u>August 1, 2010</u> by:

☒ By E-MAIL to:    ustp.region15sop@usdoj.gov (Office of the United States Trustee)
                   maztee@hotmail.com (debtor)

☐ Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

☐ Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

Aug 1, 2010
[Date]                                                                    [Signature]

| Print Name | David A. St. John |
|---|---|
| Business Address | 309 South A Street |
| City, State, ZIP | Oxnard CA 93030-5804 |

CSD 3010