CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

David A. St. John
ST JOHN LAW OFFICES
309 South A Street
Oxnard CA 93030-5804
(805) 486-8000\048746

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on August 06, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

In Re

SOTHY LAI,

Debtor.

BANKRUPTCY NO. 10-bk-00173-11MM
Date of Hearing:
Time of Hearing:
Name of Judge:   Margaret M. Mann

## ORDER SETTING CLAIMS BAR DATE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through two (2) with exhibits, if any, for a total of two (2) pages, is granted.  Motion/Application Docket Entry No. 39

//
//
//
//
//
//

DATED: August 06, 2010

/s/ Margaret M. Mann
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

ST JOHN LAW OFFICES
(Firm name)

By:/s/ David A. St. John
    Attorney for Debtor

CSD 1001A

This matter came on for review before the above-entitled Court, Department One thereof, the Honorable Margaret M. Mann, Judge Presiding, upon the Application of the Debtor, Sothy Lai, for Order Setting Claims Bar Date.

Upon review of the Application and good cause appearing;

**IT IS HEREBY ORDERED** that the Claims Bar Date for filing Proofs of Claim for Pre-Petition Claims and Administrative Expenses in this Case shall be September 13, 2010, at 4:00 p.m., local time, provided that creditors shall be given not less than twenty-eight (28) days notice of the last date to file proofs of claim. The form of "Notice of Claims Bar Date" filed with the Application is hereby approved. All claims shall be filed with the U.S. Bankruptcy Court located at 325 West "F" Street, San Diego, California 92101. The failure of any party to file their claim by September 13, 2010, at 4:00 p.m., local time, if required, shall result in their claim being forever barred in this proceeding.

CSD 1001A

*Signed by Judge Margaret M. Mann August 06,2010*