DAVID A. ST. JOHN
ST JOHN LAW OFFICES
309 South A Street
Oxnard California 93030-5038
(805) 486-8000/(805) 486-8855 fax
dsj@law-pro.net
048746

*Attorneys for* Sothy Lai
Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>    SOTHY LAI<br><br>                Debtor. | Case No. 10-bk-00173-MM11<br><br>NOTICE OF CLAIMS BAR DATE |

TO THE CREDITORS OF THE ESTATE OF SOTHY LAI

**YOU ARE HEREBY NOTIFIED** that the claims bar date for filing proofs of claim in this proceeding pursuant to Federal Rules of Bankruptcy Procedure ("FRCB"), Rule 3003, shall be **September 13, 2010 at 4:00 p.m.** The proofs of claims shall be filed with the United States Bankruptcy Court, 325 West "F" Street, San Diego, California 92101.

FRCB 3001(c) provides that when "a claim is based on a writing" the "original or **a duplicate shall be filed with the proof of claim."**

Such claims should include copies of all applicable written evidence of an enforceable agreement or a contract that

Page 1.

establishes the debt between the debtor and creditor, a written statement of the account, a list of interest and other charges along with payments made, documentation and proof of fees, advances, late fees, over limit fees, finance charges, attorney fees, interest, NSF check fees, phone payment fees, the interest rates used to compute the balance alleged on the Proof of Claim, an explanation and breakdown of the elements used in each of the calculations, and a copy of the agreement authorizing the interest, charges and fees that are included in the claim.

**Attached hereto is a copy of Official Form B10 PROOF OF CLAIM for your use.** Line 7 sets forth what type of supporting documents will act as evidence of the validity of the claim:

> "7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary."

If you are uncertain about your claim, you may want to consult with an attorney. It is the sole responsibility of each claimant to correctly fill out the proof of claim and to satisfy the mandatory requirements of FRBP 3001(c).

1.    **Who Must File.** Any creditor or equity security holder whose claim or interest is not scheduled or scheduled as disputed, contingent, or unliquidated shall file proof of claim or interest on or before **September 13, 2010 at 4:00 p.m.**

2.    **Who May File.** Any creditor or indenture trustee may

**Page 2.**

1  file a proof of claim on or before **September 13, 2010 at 4:00**

2  **p.m.**

3      3.   The   schedule   of   liabilities   filed   by   the   Debtor

4  pursuant   to   11   U.S.C.   §   521(1)   shall   constitute   prima   facie

5  evidence of the validity and amount of the claims of creditors,

6  unless    they    are    scheduled    as    disputed,    contingent,    or

7  unliquidated. It shall not be necessary for a creditor or equity

8  security holder to file a proof of claim or interest unless that

9  creditor's claim or interest is not scheduled, or is scheduled

10  as disputed, contingent or unliquidated.

11      The list of equity security holders filed pursuant to FRCB

12  1007(a)(3) shall constitute prima facie evidence of the validity

13  and amount of the equity security interest and it shall not be

14  necessary for the holders of such interest to file a proof of

15  interest.

16                          ST JOHN LAW OFFICES

17

18                          /s/David A. St. John
                            DAVID A. ST. JOHN
19                          Attorney for Debtor

20

21

22

23

24

25

26

27

28

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:    SOTHY LAI | Case Number:    10-00173-MM11 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**    $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.)<br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>     **3a. Debtor may have scheduled account as:** _____<br>     (See instruction #3a on reverse side.)<br>**4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>**Value of Property:**$_____  **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>if any: $_____    **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____ | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).<br><br>☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (04/10) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# United States Bankruptcy Court
## Southern District of California

In re   **Sothy Lai** _____   Case No.   **10-00173** _____

Debtor(s)                                    Chapter      **11** _____

# PROOF OF SERVICE BY MAIL

I, Joanna Ruiz, declare that I am a resident of or employed in the County of Ventura, State of California. My address is 309 S A St, Oxnard CA 93030-5804.  I am over the age of eighteen years of age and am not a party to this case.

On August 9, 2010, I served the Notice of Claims Bar Date on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oxnard CA addressed as follows:

American Express
c/o Becket and Lee
Po Box 3001
Malvern PA 19355-0701

Bank Of America
Po Box 17054
Wilmington DE 19850-7054

Bank Of America
Po Box 1598
Norfolk VA 23501-1598

Capital One Auto Finance
3901 N Dallas Pkwy
Plano TX 75093-7864

Capital One Bank
Attn: C/O TSYS Debt Mgmt
Po Box 5155
Norcross GA 30091-5155

Capital One NA
2730 Liberty Ave
Pittsburgh PA 15222-4704

Chase
Po Box 15298
Wilmington DE 19850-5298

Neng-Guin Chen
4260 Alta Vista Ct
Oceanside CA 92057-7531

Citi
Po Box 6241
Sioux Falls SD 57117-6241

Countrywide Home Lending
Attn: Bankruptcy  SV-314B
Po Box 5170
Simi Valley CA 93062-5170

Cronin, Robert Barry
12414 Robison Boulevard
Poway CA 92064-4315

Discover Fin Svcs Llc
Po Box 15316
Wilmington DE 19850-5316

Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason OH 45040-8053

Rich, Melvin D.
11717 Bernardo Plaza Ct Ste 205
San Diego CA 92128-2420

THE ROTH LAW FIRM PC
11547 W Bernardo Ct Ste 303
San Diego CA 92127
_____

Universal Citi
Po Box 6003
Hagerstown MD 21747-6003
_____

Webb, Dean Browning
8002 NE Hwy 99 Ste B PMB 256
Vancouver WA 98665-8875
_____

Recovery Management Systems Corporation
25 S.E. 2nd Ave Ste 1120
Miami FL 33131-1605
_____

UNITED STATES TRUSTEE-SD
Department of Justice
402 W Broadway Ste 600
San Diego CA 92101-8511.
_____

Sothy Lai
315 Highland Oaks Ln
Fallbrook CA 92028-8097
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 9, 2010.


_____
**Signature**